# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>DANIEL JACOB BILLINGS<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:25-MJ-548<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 3, 2024__ in the city/county of __Virginia Beach, Virginia__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmitting threats to injure the person of another in interstate or foreign commerce |

This criminal complaint is based on these facts:

Please See Affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSA Nicholas A. Durham
*Printed name and title*

Nicholas Brown
*Digitally signed by Nicholas Brown*
*Date: 2025.09.11 14:17:16 -04'00'*

*Complainant's signature*

Special Agent Nicholas Brown
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____ *(specify reliable electronic means)*.

Date: 9/12/2025

City and state: Alexandria, Virgina

*William E. Fitzpatrick*
*Judge's signature*

The Honorable William E. Fitzpatrick, U.S. Magistrate Judge
*Printed name and title*