IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL JACOB BILLINGS,<br><br>*Defendant.* | Criminal No. 1:25-mj-548<br><br><br><u>**UNDER SEAL**</u> |

<u>**AFFIDAVIT IN SUPPORT OF A**</u>
<u>**CRIMINAL COMPLAINT AND ARREST WARRANT**</u>

I, Nicholas Brown, being first duly sworn, hereby depose and state as follows:

<u>**INTRODUCTION**</u>

1. As a Special Agent, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for federal offenses. As a federal agent, I am further authorized to execute warrants issued under the authority of the United States.

2. I am a Special Agent with the FBI and have been employed since 2019. I am currently assigned to Squad CR-20, which conducts investigations of civil and human rights violations, public corruption, and fraud against the government. I have an undergraduate degree in Criminal Justice, a Master of Business Administration degree, and have also received training and gained experience in a variety of criminal laws and procedures, including those involving

national security matters. Through my training, education, and experience, I have become familiar with the way criminal activity is carried out and the efforts of persons involved in such activity to avoid detection by law enforcement.

3. The facts in this affidavit come from my personal observations and knowledge, information gained through my training and experience, my review of records related to this investigation, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. I have not, however, intentionally excluded any information known to me that I believe would defeat a determination of probable cause.

4. Based on my training and experience, and the facts as set forth in this affidavit, I submit there is probable cause to believe that **DANIEL JACOB BILLINGS** (hereinafter "**BILLINGS**") has committed a violation of Title 18, United States Code, § 875(c) (Interstate Threats) within the Eastern District of Virginia.

## JURISDICTION

5. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711, 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the U.S. District Court for the Eastern District of Virginia is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## FACTUAL BASIS SUPPORTING PROBABLE CAUSE

7. CW-1 was the duly elected mayor of the City of Alexandria in Virginia from 2019 until the end of 2024. Alexandria, Virginia is a city that falls within the Eastern District of Virginia.

CW-1 had a public Facebook account under his name, to which he also posted information relevant to his mayoral duties.

8. On or about June 1, 2024, CW-1, then-mayor of Alexandria, posted a photograph to his public-facing Facebook account of himself smiling at the camera with a clearly visible LGBT flag painted on the street behind him. CW-1 posted a caption to the photograph that stated, "It's almost June… and Old Town is ready…" Upon information and belief, June is designated as LGBTQ+ Pride/Heritage Month.

9. Two days later, on June 3, 2024, CW-1 received a direct message to his Facebook account from Facebook user "Dan Billings," User ID: 100076560295747, which is registered to **BILLINGS**. The message read as follows: "FAGGOT YOUR DAYS ARE NUMBERED, BOY. US TRUE AMERICANS WILL EXECUTE YOU AND YOUR FAMILY YEAH YOU WONT SAY A MOTHERFUCKING THING NIGGER LOVING FAGGOTS. BE SCARED. WE ARE COMING FOR YOU AND YOUR ENTIRE FAMILY."

10. A screenshot of the message is displayed below:



11. Additionally, on or about June 3, 2024, in response to a photograph array posted by CW-1 to his Facebook account, **BILLINGS** also posted two public comments to that same post. The comments are as follows:

**Comment #1** I'm going STRAIGHT there and shitting and pissing on you and that fag flag!

**Comment #2** FAGGOT AND HIS FLAG. YOU AND YOUR FAMILY WILL PAY THE ULTIMATE PRICE, BOY. WE COMING FOR YOU. WATCH YOUR BACKS!

4

The FBI has reason to believe that the comments posted by **BILLINGS** were made in response to the following photograph array posted by CW-1:



12. On or about the next day, June 4, 2025, CW-1 first reviewed the direct message laid out in paragraphs 9-10. CW-1 was in Europe when he received the direct message from BILLINGS. CW-1 did not know **BILLINGS** but took the threat seriously and acted quickly. CW-1 was worried because his children were home alone, back in Virginia. Given the threatening nature of the message, while abroad, CW-1 reached out to a City of Alexandria liaison to the Alexandria Police Department (APD). An APD officer was assigned to investigate the matter. CW-1 spoke with the police officer by telephone and sent him a screenshot of the threatening message. CW-1 received many messages during his tenure as mayor that were mildly threatening

or offensive but never received an explicit threat like the direct message from **BILLINGS**. At the time CW-1 reached out to law enforcement, he was not aware of the comments, as detailed in paragraph eleven, that had been posted to his Facebook account.

13. In response an APD detective obtained a search warrant for information relating to **BILLINGS'** Facebook account from Meta. Among other things, the response provided the IP address used by **BILLINGS** around the time of the offending Facebook direct message. That IP address was attributed back to the Virginia Beach, Virginia area. Virginia Beach, Virginia falls within the Eastern District of Virginia. As **BILLINGS** was in Virginia at the time he sent the threat, and CW-1 was in the country of France when he received and read the threat, the threating message necessarily traveled in interstate or foreign commerce. Furthermore, a review of **BILLINGS'** Facebook activity reveals threats to cause bodily injury to other users.

## CONCLUSION

14. Based on the foregoing facts, I submit that there is probable cause to believe that on or about June 3, 2024, **DANIEL JACOB BILLINGS** committed a violation of Title 18, United

States Code, Section 875(c) – that is transmitting threats to injure the person of another in interstate or foreign commerce – within the Eastern District of Virginia.

Respectfully submitted,

NICHOLAS BROWN
Digitally signed by NICHOLAS BROWN
Date: 2025.09.12 09:25:34 -04'00'

Nicholas Brown
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to me in accordance with Fed. R. Crim. P. 4.1 by telephone on September 12, 2025

*William E. Fitzpatrick*
Honorable William E. Fitzpatrick
United States Magistrate Judge